| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fogel, Jeremy D. | 2. Court or Organization<br><br>N. D. California | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>280 South First Street<br>San Jose, California 95113 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer in law | Stanford Law School |
| 2. Trustee | Trust #1 (see Part VIII) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/81 | California Judicial Retirement System: entitled to approximately 61% of then-current salary of Superior Court Judge as of my 63rd birthday |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 9: 58 FINANCIAL DISCLOSURE OFFICE

Fogel_Jeremy_D

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Stanford Law School (teaching) | $10350 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Los Gatos-Saratoga Joint Union High School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Fordham Law School | 3/6/2008-3/7/2008 | New York, NY | Speak at conference | Transportation, meals and lodging |
| 2. Los Angeles Intellectual Property Law Assosciation | 3/17/2008-3/19/2008 | Beverly Hills, CA | Speak at conference | Transportation, meals and lodging |
| 3. Intellectual Property Owners Association | 6/9/2008-6/10/2008 | Washington, DC | Speak at conference | Transportation, meals and lodging |
| 4. Federal Circuit Bar Association | 6/25/2008-6/26/2008 | Monterey, CA | Speak at conference | Transportation, meals and lodging |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Fogel, Jeremy D. | - - | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Western Investments (assets below) (See Part VIII) | | | | | Redeemed (part) | 3/5 | K | | |
| 2. | | | | | Redeemed (part) | 9/30 | K | | |
| 3. | | | | | Redeemed (part) | 12/29 | K | | |
| 4. --Russell Equity I | A | Distribution | J | T | | | | | |
| 5. --Russell Tax-Managed Lg Cap Fund | A | Dividend | K | T | | | | | |
| 6. --Russell International Cl I | A | Distribution | K | T | | | | | |
| 7. --Russell Emerging Markets | A | Distribution | J | T | | | | | |
| 8. --Russell Tax Exempt Bond | C | Int./Div. | L | T | | | | | |
| 9. --Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 10. --Russell Tax-Mgd Mid & Sm Cap Fund | C | Distribution | K | T | | | | | |
| 11. Morgan Stanley Dean Witter IRA #1 (assets below) | | | | | | | | | |
| 12. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 13. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 14. --Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 15. --John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 16. --Unit Van Kampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | K | T | | | | | |
| 17. Morgan Stanley Dean Witter IRA #2 (assets below) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 19. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 20. --MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 21. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 22. --John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 23. --MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 24. --MS Spectrum Select | A | Dividend | J | T | | | | | |
| 25. MSDW Stock Fund (assets below) | | | | | | | | | |
| 26. --MSIF US Real Estate Port A | A | Distribution | J | T | | | | | |
| 27. --MSIF Tr US Small Cap Val Instr | A | Distribution | K | T | | | | | |
| 28. --MSDW Active Assets | A | Interest | J | T | | | | | |
| 29. --International Value Equity Fund | A | Distribution | J | T | | | | | |
| 30. --Mid-Cap Value Fund D | A | Distribution | K | T | | | | | |
| 31. --MSIF Fixed Income Port Inst | A | Dividend | K | T | | | | | |
| 32. --MSIF Tr Ltd Duration Inst | A | Dividend | K | T | | | | | |
| 33. --MSIF Emerging Markets | A | Distribution | J | T | | | | | |
| 34. --Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,00t - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wachovia Stock Fund (assets below) | | | | | | | | | |
| 36. --Blackrock Europe Fund | A | Distribution | J | T | | | | | |
| 37. --S&P Mid-Cap | A | Dividend | J | T | | | | | |
| 38. --Nasdaq 100 SHS | A | Dividend | J | T | | | | | |
| 39. --Spdr Tr United Ser 1 | A | Dividend | K | T | | | | | |
| 40. --DWS Emerging Mkts Equity | A | Distribution | J | T | | | | | |
| 41. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 42. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 43. Trust #1 (assets below) (X) (see Part VIII) | | | | | | | | | |
| 44. --City National Bank Ladder Account | C | Interest | P1 | T | Open | 9/25 | P1 | | |
| 45. Nortel Networks, Inc. common stock | | None | K | T | | | | | |
| 46. LTCQ, Inc. common stock | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The asset identified as Trust #1 in Parts I and VII is an irrevocable trust that was established by ▇▇▇▇▇ in 1990. Until September 2008, the only asset of the trust was an insurance policy on the life of ▇▇▇▇▇ In September 2008, ▇▇▇▇▇ elected to sell the insurance policy for cash, and the proceeds were placed in the bank account identified on line 44 of Part VII. Prior to the sale of the insurance policy, I had no control over or entitlement to the trust assets. As a result of the sale and in my capacity as trustee, I now have control over the manner in which the assets are invested, but I continue to derive no benefit from the assets themselves, which are held for the benefit of ▇▇▇▇▇.

The asset identified as First Western Investments in Part VII is identified in previous reports as Reber/Russell Stock Fund. The name change is a result of the investment manager merging his operations with First Western.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544